| | | | |
|---|---|---|---|
| | AUSA: | Sean King | Telephone: (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Christopher Scheidt | Telephone: (313) 360-9550 |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br><br>Margaret Legrand POSBY | Case No. Case: 2:25−mj−30561<br>Assigned To : Unassigned<br>Assign. Date : 9/5/2025<br>Description: CMP USA V. POSBY (DJ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 12, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1543 | Forgery or False Use of a Passport, including Attempt |
| 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft |
| 18 U.S,C. § 1344 | Bank Fraud and Attempted Bank Fraud |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Christopher Scheidt, Special Agent - State Department
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __September 5, 2025__

_____
Judge's signature

City and state: __Detroit, Michigan__

Hon. Kimberly G. Altman, U.S. Magistrate Judge
*Printed name and title*

### AFFIDAVIT IN SUPPORT OF APPLICATION FOR
### A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Chris Scheidt, being first duly sworn, swear and affirm the following:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the U.S. Department of State Diplomatic Security Service (DSS) and have been employed as such for approximately nine years. I have a primary responsibility to conduct investigations regarding passport fraud, visa fraud, and identity theft, as well as additional crimes discovered during such investigations. I have received training in investigations and evidence collection at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia as well as the U.S. Department of State Interim Training Facility in Summit Point, West Virginia. I am currently assigned to the Detroit Resident Office and have conducted criminal investigations at my previous assignment at the Washington Field Office.

2. The information in this affidavit is based upon my own knowledge, records furnished to me in my official capacity and information provided by other law enforcement officials. This affidavit does not contain every material fact that I have learned during this investigation and is intended to show only that there is sufficient probable cause for the requested complaint and arrest warrant.

3. There is probable cause that Margaret POSBY has committed acts in violation of 18 U.S.C. § 1543 (Forgery or False Use of a Passport, including

1

Attempt), 18 U.S.C. § 1028A(a)(1) (Aggravated Identity Theft) and 18 U.S.C. § 1344 (Bank Fraud and Attempted Bank Fraud) on August 12, 2025, in the Eastern District of Michigan.

4. On August 12, 2025, Margaret POSBY was arrested by Eastpointe Police Department at the First State Bank in Eastpointe Michigan, which is in the Eastern District of Michigan. According to the Eastpointe Police Department record of the arrest, POSBY entered the First State Bank on that date and attempted to use a U.S. Passport Card[1] and U.S. Military Identity Card (ID) in the name of VICTIM 1 to withdraw $9,500 from a home equity line of credit from the account of VICTIM 1. I have reviewed passport records and determined the Passport Card presented by POSBY is a forgery because there are no records for a Passport Card in the name of VICTIM 1, and the number used on the Passport Card used belongs to another individual, VICTIM 2, who does not resemble POSBY or VICTIM 1. Bank employees contacted the police on suspicions of fraud when they were unable to verify the U.S. Passport Card and U.S. Military ID. First State Bank is an FDIC insured financial institution.

---

[1] A U.S. Passport Card is one of four types of passports issued by the U.S. State Department, and is equivalent to a Regular passport issued to a United States national, except that it is valid only for land and sea ports of entry between the United States and nearby countries. *See* 22 C.F.R. § 51.3.

5. Eastpointe Police Department officers approached POSBY, and when initially asked, she provided the name and date of birth of VICTIM 1. When Eastpointe Police Department officers searched the name and date of birth of VICTIM 1 in their law enforcement computers, the search returned a driver's license image that did not resemble POSBY. Eastpointe Police officers later determined POSBY's true identity through fingerprints, and a statement from POSBY.

6. On August 15, 2025, DSS Special Agents interviewed POSBY at the Macomb County Jail. After being advised of her *Miranda* rights, POSBY agreed to be interviewed. POSBY admitted that she knew that the U.S. Passport Card and U.S. Military ID she used when attempting to withdraw funds from the account of VICTIM 1 did not belong to her and that the U.S. Passport Card and U.S. Military IDs were both fraudulent. POSBY also admitted that she knew that VICTIM 1 was a real person.

7. Also on August 15, 2025, Special Agents interviewed VICTIM 1. VICTIM 1 told Special Agents that she never knowingly provided her identity information to allow others to create identity documents in her name.

8. POSBY's previous criminal history includes arrests for identity theft: April, 2025 in University Heights, Ohio; March, 2025 in Raeford, North Carolina; October, 2024 in Durham, North Carolina; and June, 1990 in Jacksonville, Florida, for Flight-Escape.

3

9. Based on these facts, there is probable cause to believe that Margaret POSBY willfully and knowingly used, and attempted to use, a forged Passport Card to facilitate the commission of bank fraud, in violation of 18 U.S.C. § 1543. Further, POSBY knowingly possessed and used, without lawful authority, the means of identification of another person, during and in relation to Forgery or False Use of a Passport under 18 U.S.C. § 1543 and Bank Fraud under 18 U.S.C. § 1344, knowing that the means of identification belonged to another actual person, all in violation of 18 U.S.C. §1028A(a)(1). And finally, POSBY executed or attempted to execute a scheme or artifice to obtain money, funds, credits, securities or other property from a financial institution by means of false pretense in violation of 18 U.S.C. § 1344. This all occurred on August 12, 2025, in the Eastern District of Michigan.

Respectfully submitted,

_____
Chris Scheidt, Special Agent
U.S. Department of State,
Diplomatic Security Service

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Honorable Kimberly G. Altman
United States Magistrate Judge

Date: September 5, 2025

4